FILED
September 01, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS § | CRIMINAL NO. 5:16-CR-389 (1) XR |
| § | |
| MARK JOSEPH UHLENBROCK § | |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On August 30, 2023, came on to be considered the United States' Motion to Revoke the defendant's Supervised Release. After due hearing, including consideration of all statutorily required factors and revocation policy statements, the Court finds that the defendant has violated conditions of his Supervised Release as alleged by the United States, and that the Ends of Justice and the best interests of the public will not be served by continuing the Defendant on supervised release. Accordingly, for reasons pronounced by the Court and set forth in the motion to revoke,

**IT IS ACCORDINGLY ORDERED** that the United States' Amended Motion to Revoke Supervised Release *[doc. 55]* is **GRANTED.** The term of supervised release imposed on September 28, 2016, is hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **TWELVE (12) Months**. It is this Court's intention that the sentence imposed in this case shall run consecutive to the term of imprisonment imposed in 5:21-CR-084 (1) XR**.** The defendant is continued in custody pending designation by the Federal Bureau of Prisons.

No further term of supervised release is imposed in the above matter.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Signed this 1st day of September, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE